```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

JOHN KOJO ZI                                            PETITIONER

VERSUS                          CIVIL ACTION NO. 5:19-cv-150-DCB-MTP

WARDEN SHAWN R. GILLIS                                  RESPONDENT

## ORDER

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 22]. No party filed objections to the Report and Recommendation, and the deadline for filing such objections has passed. Also before the Court is a pending Motion to Expedite Adjudication of the Writ of Habeas Corpus Petition [ECF No. 15], which was filed pro se by the Petitioner. Having carefully reviewed the Report and Recommendation, the Motion to Expedite, the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [ECF No. 1], the Respondent's response to the habeas petition [ECF No. 13], other responsive submissions of the parties, applicable statutory and case law, and being otherwise fully informed of the premises, the Court finds the Report and Recommendation to be well taken.

Given that (1) the Petitioner did not object or respond in any manner to the Report and Recommendation; and (2) at the time

the Report and Recommendation was filed, the Petitioner's status had changed to detention under 8 U.S.C. § 1226, which this Court lacks jurisdiction to review, the Court therefore orders as follows:

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 22] is ADOPTED in full;

    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED;

    IT IS FURTHER ORDERED that the Petitioner's Motion to Expedite Adjudication of the Writ of Habeas Corpus Petition [ECF No. 15] is DISMISSED as moot, and this case is closed.

    SO ORDERED this the 16th day of December, 2020.

                                         /s/ David Bramlette_____
                                         UNITED STATES DISTRICT JUDGE